09-1842-cv
Mosby v. William Floyd Union Free School District

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

# AMENDED SUMMARY ORDER

Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this court's Local Rule 32.1.1. When citing a summary order in a document filed with this court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 3rd day of February, two thousand and ten.

PRESENT:

> JOSÉ A. CABRANES,
> ROSEMARY S. POOLER,
> GERARD E. LYNCH,
> *Circuit Judges.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JAMES MOSBY,

> *Plaintiff-Appellant,*

v.                                                                          No. 09-1842-cv

WILLIAM FLOYD UNION FREE SCHOOL DISTRICT, WILLIAM FLOYD BOARD OF EDUCATION, VINCENT PASCALE, President; JEANANNE DAWSON, Vice President; RICHARD COLBY; WILLIAM GUIDUCCI; ANTHONY LIBERTI; MARK MENSCH AND PATRICK NOCERINO, RICHARD J. HAWKINS, Superintendent of Schools; DENNIS FIDOTTA, Assistant Superintendent, MICHAEL BELKIN, Senior Guard also known as Director of Security, MICHAEL SCHILDKRAUT, Assistant Superintendent for Personnel, BARBARA E. BUTLER, Principal, GLENN MAILLARD, Assistant Principal, ROBERT FEENEY, Principal of William Floyd High School, ANTHONY VETRANO, Assistant Chief of Security, each in its individual and official capacities, SUFFOLK COUNTY CIVIL SERVICE COMMISSION OF THE STATE OF NEW YORK,

> *Defendants-Appellees.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

1

**FOR APPELLANT:**           RICK OSTROVE, Leeds Morelli & Brown, P.C., Carle Place, NY.

**FOR APPELLEES:**          HOWARD M. MILLER (Terry O'Neil and Jessica C. Satriano, *on the brief*), Bond, Schoeneck & King, PLLC, Garden City, NY.

Appeal from a March 31, 2009 judgment of the United States District Court for the Eastern District of New York (Joanna Seybert, *Judge*).

**UPON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court is **AFFIRMED**..

Plaintiff-appellant James Mosby ("plaintiff") formerly worked as a security guard at the William Floyd Union Free School District (the "District"). He brought this action against the District and numerous officials associated with the District (collectively, "defendants") claiming, principally, that defendants violated Title VII and New York law by subjecting him to a hostile work environment and by failing to promote him to the position of Director of Security within the District. Plaintiff also brought a claim for unlawful retaliation and claims under 42 U.S.C. § 1983 and § 1985.

The District Court granted summary judgment to defendants with respect to each of plaintiff's claims. Plaintiff appeals that ruling arguing (1) that he "proved" or "established" each of his claims or, alternatively, (2) that the record contained genuine issues of material fact that precluded summary judgment.

We review a district court's summary judgment rulings *de novo*, asking whether there were any genuine issues of material fact and, if there were not, whether the moving party was entitled to judgment as a matter of law. *See Miller v. Wolpoff & Abramson, L.L.P.*, 321 F.3d 292, 300 (2d Cir. 2003). Undertaking that review, we affirm the District Court's grant of summary judgment to defendants for substantially the reasons set forth in the District Court's memorandum and order.

### CONCLUSION

For the foregoing reasons, the March 31, 2009 judgment of the District Court is **AFFIRMED**.

FOR THE COURT,

Catherine O'Hagan Wolfe, Clerk of Court